**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-2149**
_____

RONALD SATISH EMRIT,

> Plaintiff - Appellant,

v.

UNITED STATES NAVAL INTELLIGENCE; LLOYD AUSTIN, Secretary; PENTAGON/DEPARTMENT OF DEFENSE,

> Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Lydia Kay Griggsby, District Judge.  (1:22-cv-02821-LKG)

_____

Submitted:  April 20, 2023                        Decided:  April 24, 2023

_____

Before KING and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Ronald Satish Emrit, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Satish Emrit appeals the district court's order dismissing his civil complaint under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Emrit v. U.S. Naval Intel.*, No. 1:22-cv-02821-LKG (D. Md. Nov. 4, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*